■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAM COOPER, Appellant.—Counsel's motion to be relieved on the ground that no non-frivolous issues may be raised on appellant's appeal from a judgment of the Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered on August 23, 1990, denied; *sua sponte,* counsel relieved and new counsel assigned, all as indicated in this Court's order. Appellant's present counsel, in a perfunctory brief, failed both to adequately summarize the factual background and discuss possible issues *(People v Lopez,* 158 AD2d 430), including, but not limited to whether trial on this indictment is barred on the ground of double jeopardy and the propriety of the denial of the motion to withdraw the appeal. Concur—Sullivan, J. P., Carro, Rosenberger and Rubin, JJ.

SECOND DEPARTMENT, NOVEMBER, 1992

(November 2, 1992)

■ FRANCESCO CAGGIA et al., Appellants, v HUGUENOT GREENS, INC., et al., Respondents.—In an action, *inter alia,* to recover damages for breach of contract, the plaintiffs appeal from an order of the Supreme Court, Richmond County (Cusick, J.), entered November 13, 1989, which granted the motion of the defendants Huguenot Greens, Inc. and Jack Feiwus to dismiss the complaint.

Ordered that the order is affirmed, with costs.

The instant action arises out of an alleged breach of a contract for the sale of real property. At the time the action was commenced, an action between the identical parties herein, arising out of the same alleged breach of the same contract of sale, was pending in the Civil Court, Richmond County. Therefore, the Supreme Court properly dismissed the complaint in the instant action *(see,* CPLR 3211 [a] [4]; *see, JC Mfg. v NPI Elec.,* 178 AD2d 505, 506; *Falzerano v DeLuca,* 154 AD2d 431; *Stanley Elec. Serv. v City of New York,* 26 AD2d 951). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.